Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _____
(Write the District and Division, if any, of
the court in which the complaint is filed.)

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 FEB 18 A 10 54

_Kristina Herbert_ _____

_____

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

_Terry Dikins, Janice Young_
_Tim Mayhew, Dan Tremble_
_Zack Roberts_

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

DEPUTY CLERK

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

24

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kristina Herkert
   Street Address: 69 Center
   City and County: Bangor, ME
   State and Zip Code: 04401
   Telephone Number:
   E-mail Address: Don't have one because they have stolen and taken everything from me and my boy

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Terry Dinkins
   Job or Title (if known):
   Street Address: Levant
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name: Janice Young
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

25

        E-mail Address
        (if known)

    Defendant No. 3

        Name                    Dan Tremble
        Job or Title         Zacks Robertson
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

    Defendant No. 4

        Name
        Job or Title
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Forceably removed from Mansion and all other properties of my grandfathers Trust_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) _Kristina Herbst_, is a citizen of the State of (name) _Maine_.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _Terry Dinkin_, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____. _not sure not of here_

    b. If the defendant is a corporation

    The defendant, (name) _Terry Pinkins_, is _staff_ incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _Vermont_. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _Sexual immoral practices_

    *(If more than one defendant is named in the complaint, attach an*

27

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Too Much To Track

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Tim Mayhew, Terry Dinkins
Misusage of Mansion
Child Molestation of young boys for decades
President parlins Embezzlement case,

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want Them Forceably removed from Mansion and Escorted out of Town and state of Maine and All keys and copies and Maybe The Death Sentence if adds up to such amounts

28