UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA HERBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:22-CV-00051-LEW |
| ) | |
| TERRY DIKINS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 22, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff, his recommendation that Plaintiff's Complaint be dismissed. The time within which to file objections expired on March 8, 2022, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive her right to *de novo* review and appeal, and I note no error in the Magistrate Judge's *sua sponte* dismissal of the Complaint for lack of subject matter jurisdiction.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

**SO ORDERED.**

Dated this 29th day of March, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE