UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA HERBERT,<br>　　　Plaintiff | )<br>)<br>) |
| v. | )　　1:22-cv-00051-LEW<br>)<br>) |
| TERRY DIKINS, et al.,<br>　　　Defendants | )<br>) |

## JUDGMENT

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, issued on March 29, 2022, by U.S. District Judge Lance E. Walker, JUDGMENT of dismissal is hereby entered.

　　　　　　　　　　　　　　　　　　　　　　CHRISTA K. BERRY
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　　　/s/ Teagan Snyder
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated this 29th day of March, 2022